No. 84–1577. FORRO PRECISION, INC. *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮